JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TERESITA GUZMAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO HOME MORTGAGE C/O WACHOVIA, C/O REGIONAL TRUSTEE SERVICES CORPORATION,<br><br>　　　　Defendants. | CASE NO.: 2:12-cv-09062-JAK-Ex<br><br>**JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Assigned to the Hon. John A. Kronstadt] |

On July 15, 2013, this Court entered an Order granting the Motion to Dismiss Plaintiff's First Amended Complaint filed by defendant WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as WORLD SAVINGS BANK, FSB ("Wells Fargo"). In accordance with that Order:

　　1.　Plaintiff Teresita Guzman's First Claim for Relief for Fraudulent Omissions is dismissed with prejudice.

　　2.　Plaintiff Teresita Guzman's Second Claim for Relief for Elder

1  Financial Abuse is dismissed with prejudice.

2      3.     Plaintiff Teresita Guzman's Third Claim for Relief for Violation of California Business and Professions Code §§ 17200, *et seq.* is dismissed with prejudice.

    Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

    1.     Defendant Wells Fargo is dismissed from this action with prejudice.

    2.     Judgment is entered in favor of defendant Wells Fargo and against plaintiff Teresita Guzman.

    3.     Plaintiff Teresita Guzman shall take and recover nothing in this action from defendant Well Fargo.

    4.     As the prevailing party, defendant Wells Fargo may file motions seeking to tax costs and recover attorneys' fees.

DATED: July 25, 2013

HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE