1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| TERESITA GUZMAN, | CASE NO.: 2:12-cv-09062-JAK-Ex |
|---|---|
| Plaintiff, | |
| vs. | **AMENDED JUDGMENT TO INCLUDE FEES AND COSTS** |
| WELLS FARGO BANK, N.A. f/k/a Wachovia Mortgage, FSB f/k/a World Savings Bank, | **(DKT. 31)** |
| | [Assigned to Hon. John A. Kronstadt] |
| Defendants. | |

On July 25, 2013, the Court entered Judgment in this action. Dkt. 31. On October 24, 2013, this Court entered an Order Granting Defendant's Motion for Award of Attorneys' Fees.  Dkt. 42.

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Judgment is entered in favor of defendant Wells Fargo Bank, N. A in the amount of $ 8,250.00 against plaintiff,  Teresita Guzman, for attorneys' fees and costs in the above referenced action.
2. This Judgment amends the Judgment entered on July 25, 2013. Dkt. 31.

DATED:  November 21, 2013

_____
THE HON. JOHN A. KRONSTADT
UNITED SATES DISTRICT JUDGE